An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

G & P INVESTMENT ENTERPRISES, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A DELAWARE CORPORATION; AND NATIONSTAR MORTGAGE, LLC., A DELAWARE LIMITED LIABILITY COMPANY,

Respondents.

No. 65657

**FILED**

DEC 29 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties to this appeal have filed a motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The parties' motion is accompanied by an order of the district court certifying that upon remand it will enter an order "vacat[ing] its order granting defendants' motion to dismiss and allow the litigation to continue consistent with the holdings in the recent *SFR* opinion."

Cause appearing, we grant the parties' motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

14-42230

district court decline to grant the relief requested.[1]  Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.  The parties' request to stay the briefing schedule in this matter is denied as moot.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Kathleen E. Delaney, District Judge
        Greene Infuso, LLP
        Akerman LLP/Las Vegas
        Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings.  *See* NRAP 3A.